FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08 MJ-27 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Andres Castro-Rocha ) | (18 U.S.C. § 3142(i)) |
| ) | |
| Defendant. ) | |

I.

A.  ( )  On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion (✓) (by the Government)/( ) (by the Court sua sponte involving)

    1.  (✓)  serious risk defendant will flee;

CR - 94 (02/94)     ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

```
 1            2.   ( ) serious risk defendant will
 2                 a. ( ) obstruct or attempt to obstruct justice;
 3                 b. ( ) threaten, injure, or intimidate a prospective
 4                       witness or juror or attempt to do so.
 5
 6       The Court finds [on the present record that] no condition or combination of conditions will
 7  reasonable assure:
 8       A.   (✓) appearance of defendant as required; and/or
 9       B.   (✓) safety of any person or the community;
10                              III.
11  The Court has considered:
12       A.   (✓) the nature and circumstances of the offense;
13       B.   (✓) the weight of evidence against the defendant;
14       C.   (✓) the history and characteristics of the defendant;
15       D.   (✓) the nature and seriousness of the danger to any
16            person or to the community.
17                              IV.
18  The Court concludes:
19       A.   (✓) Defendant poses a risk to the safety of other persons
20            or the community because: prior record
21  _____
22  _____
23  _____
24  _____
25  _____
26  _____
27  ///
28  ///
```

B. (✗) History and characteristics indicate a serious risk that defendant will flee because: _illegal alien; lack of bail-relevant information_

C. ( ) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror; because: ____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED _without prejudice_ that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 1/17/08

U.S. MAGISTRATE JUDGE / DISTRICT JUDGE

CR-94 (02/04)         ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))         -3-